1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant BRIDGEFORTH

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,            )
12                                       )   No. CR 07-00240 CW
                      Plaintiff,         )
13                                       )   ORDER GRANTING STIPULATION
             v.                          )   CONTINUING CHANGE OF PLEA
14                                       )   DATE AND EXCLUSION OF TIME
                                         )
15                                       )
   EDWARD BRIDGEFORTH,                   )
16                                       )
                      Defendant.         )
17

18     IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in

19  this case, currently scheduled for Wednesday, May 9, 2007, before Honorable Judge Claudia

20  Wilken, may be continued one week to Wednesday, May 16, at 2:00 p.m. for status.  The reason for

21  the continuance is that defense counsel is unavailable on May 9, 2007.  In addition, defense counsel

22  has recently received the discovery in this case and needs additional time to review the discovery

23  with Mr. Bridgeforth and continue with its investigation.  A continuance to May 16, 2007 will allow

24  defense counsel to be present and also allow time to review the discovery and continue with

25

26

*United States v. Bridgeforth*, CR 07-00240CW
Stip. Continuing Status Date                  - 1 -

the investigation.  The parties stipulate that the time from May 9, 2007, to May 16, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel.

DATED: 5/7/07

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 5/7/07

/S/
_____
CHINHAYI J. COLEMAN
Assistant United States Attorney

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for Wednesday, May 9, 2007, at 2:00 p.m. shall be continued to Wednesday, May 16, 2007 at 2:00 p.m. for status.

IT IS FURTHER ORDERED that the time from May 9, 2007 to May 16, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:     5/8/07

*Claudia Wilken*
HONORABLE CLAUDIA WILKEN
United States District Judge