BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant BRIDGEFORTH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                        )<br>                      Plaintiff,         )<br>                                                        )<br>           v.                                     )<br>                                                        )<br>                                                        )<br>EDWARD BRIDGEFORTH,       )<br>                                                        )<br>                      Defendant.     ) | No. CR 07-00240 CW<br><br>STIPULATION AND ORDER CONTINUING STATUS DATE AND EXCLUSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case, currently scheduled for Wednesday, May 16, 2007, before Honorable Judge Claudia Wilken, may be continued two weeks to Wednesday, May 30, at 2:00 p.m. for motion setting. Defense counsel has received the discovery in this case but needs time to continue with its investigation. A continuance to May 30, 2007 will allow time to finish review of the discovery and continue with the investigation. The parties stipulate that the time from May 16, 2007, to May 30, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act,

*United States v. Bridgeforth*, CR 07-00240CW
Stip. Continuing Status Date                          - 1 -

18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

DATED: 5/16/07

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 5/16/07

/S/
_____
CHINHAYI J. COLEMAN
Assistant United States Attorney

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for Wednesday, May 16, 2007, at 2:00 p.m. shall be continued to Wednesday, May 30, 2007 at 2:00 p.m. for motion setting.

IT IS FURTHER ORDERED that the time from May 16, 2007 to May 30, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:    5/17/07

_____
HONORABLE CLAUDIA WILKEN
United States District Judge

*United States v. Bridgeforth*, CR 07-00240CW
Stip. Continuing Status Date                                - 2 -